UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Faith McKinsey, <br><br> Plaintiff, <br><br> v. <br><br> Thomas Healthcare, LLC et al, <br><br> Defendants. | Civil Action No.: 3:23-cv-01586-VDO |

### *ASSENTED TO* MOTION FOR SETTLEMENT APPROVAL

Plaintiff Faith McKinsey, by and through undersigned counsel, pursuant to the Court's August 1, 2024 Order (Doc. 20), submits this motion to approve a settlement. The Court issued an Order requiring that the parties file their motion for settlement agreement "pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015)." The Court further ordered:

> "The Cheeks motion shall include (1) a fully executed copy of the proposed settlement agreement, and any translated copies of the agreement, if applicable; (2) a letter brief of no more than five (5) pages that includes an analysis of the factors set forth in *Wolinsky v. Scholastic Inc.,* 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) and related cases; (3) an explanation of and documents related to Plaintiff's damages calculations; and (4) if attorneys' fees and costs are included in the settlement, time and billing records and receipts for Plaintiff's counsel and copies of any relevant retainer agreements, if applicable."

Doc. 20.

### I. THE SETTLEMENT AGREEMENT

This is the Fair Labor Standards Act ("FLSA"), 29 U.S.C.A. § 207(i) and the Connecticut Wage Act ("CWA"), Conn. Gen. Stat. § 31-68, *et seq*. case. Plaintiff alleged Defendants employed her as a full-time home health aide and did not pay her at an overtime rate when she worked more than 40 hours in a workweek. Defendants deny the allegations. The parties elected to enter into a Settlement Agreement for consideration of $5,000.00, which includes

compensation for $2,000.00 in legal fees and $951.00 in expenses. Plaintiff has elected to settle individually because Plaintiff's investigation of the claims of the other home care providers determined that very few individuals worked overtime, and that there was an insufficient number (seven in total) who had worked overtime to efficiently pursue those claims or satisfy the requirements of numerosity of a class claim. The agreement compensates Plaintiff for more than 100% of her damages and liquidated damages. A copy of the settlement agreement is attached hereto as Exhibit 1.

## II.    LETTER BRIEF

The agreement satisfies the requirements of *Wolinsky v. Scholastic Inc.,* 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) and related cases. The letter brief is filed in support of this motion.

## III.   EXPLANATION OF DOCUMENTS RELATED TO PLAINTIFF'S DAMAGES CALCULATIONS

Plaintiff worked a total of 1,734.55 hours from 01/02/2022 to 11/27/2022. Based on the number of hours Plaintiff worked in excess of 80 hours in a given two-week pay period, she was entitled to an additional $7.50 per hour for 124.55 hours, which calculates to $934.13. Plaintiff's damages were calculated by determining the time she worked overtime but was paid straight time instead. These hours were multiplied by her half time rate to determine her back pay. The documents reviewed included Plaintiff's paystubs, attached as Exhibit 2.

## IV.    ATTORNEY FEES AND COSTS

Plaintiff proceeded on a contingency fee of 40% (or Plaintiff's lodestar, whichever is higher per the agreement). *See* Exhibit 3. Plaintiff's counsel is requesting the contingency fee of $2,000.00 rather than the lodestar, which would have been a larger payment of $5,280 for 13.2 hours of attorney time at a rate of $400 / hour. *See* Declaration of Sergei Lemberg, ¶¶ 11-14.

Plaintiff submits that the contingency is sufficient given the scale of the damages found in the course of investigation.

The costs in the matter total $951.00 and were limited to the court filing fee and process service fees, and a subpoena to the payroll company Paychex, Inc. *See* <u>Exhibit 4</u>; Lemberg Decl., ¶ 15.

WHEREFORE, Plaintiff prays the Court approves this individual settlement. Defendants Thomas Healthcare, LLC *et al*, join Plaintiff's motion.

Respectfully submitted,

Dated: September 26, 2024                By <u>*/s/ Sergei Lemberg*</u>

Sergei Lemberg, Esq.
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Email: slemberg@lemberglaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2024, a true and correct copy of the foregoing was served electronically by the U.S. District Court District of Connecticut Electronic Document Filing (ECF) system, and that the document is available on the ECF system.

*/s/  Sergei Lemberg*
Sergei Lemberg, Esq.